UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: SHIRLEY J. GATES<br>Debtor | Case No. 15-25701-GMH<br>AFFIDAVIT REGARDING USE OF $49,884.82 |

STATE OF WISCONSIN)
) SS
MILWAUKEE COUNTY)

I, Shirley J. Gates, being first duly sworn on oath, states as follows:

1. I am an adult resident living at 5653 West Joleno Lane, Milwaukee, Wisconsin 53223.

2. I filed for relief under Chapter 13 of the Bankruptcy Code on May 18, 2015

3. In September, 2014, it was ordered by the Family Court of Jefferson County, Alabama that I was to receive $49,884.82 from monies being held on deposit with the clerk of said court. <u>Attached as Exhibit #A is a copy of said Order.</u>

4. I received a draft for $49,884.82 shortly thereafter.

5. Out of the aforesaid funds, on September 15, 2014, I spent $36,100.96 to purchase a 2014 Chrysler Town & Country Wagon. <u>Attached as Exhibit #B is a copy of the purchase contract for the 2014 Chrysler Town & Country Wagon.</u>

6. The remaining $13,783.86 was used to supplement my living expenses for several months thereafter. <u>Attached as Exhibit #C is as complete a list as I can manage of how those funds were spent.</u>

7. This Affidavit is submitted for the purpose of meeting the disclosure requirements for my Chapter 13 Bankruptcy case.

Date this 29 day of December, 2015.

*Shirley J. Gates* (signature)
Shirley J. Gates

Subscribed and sworn to before me
this 29th day of December, 2015.

*Mia Acevedo* (signature)
Notary Public, State of Wisconsin

My commission is/expires: 05/22/2016

(Notary seal: MIA ACEVEDO, NOTARY PUBLIC, STATE OF WISCONSIN)

# EXHIBIT #C

| | | | |
|---|---|---|---|
| 1. | Worzella Photography, Inc. | 2/5/2015 | $712.80 |
| 2. | Worzella Photography, Inc. | 1/14/2015 | $514.27 |
| 3. | State Farm Insurance | 1/6/2015 | $157.08 |
| 4. | State Farm Insurance | 6/3/2015 | $294.78 |
| 5. | U.S. Postal Service | 6/9/2015 | $177.08 |
| 6. | Central Electric Power Association | 6/9/2015 | $175.83 |
| 7. | Dermatology Associates of WI., S.C. | 5/6/2015 | $354.82 |
| 8. | Dermatology Associates of WI., S.C. | 5/6/2015 | $45.00 |
| 9. | Strouse Law Offices | 5/15/2015 | $610.00 |
| 10. | AT&T | 5/1/2015 | $293.63 |
| 11. | Griffin's Hub Chrysler Jeep Dodge | 2/24/2015 | $300.00 |
| 12. | Griffin's Hub Chrysler Jeep Dodge | 5/7/2015 | $286.66 |
| 13. | Lexus North Shore | 6/30/2015 | $425.36 |
| 14. | Central Electric Power Association | 4/26/2015 | $180.48 |
| 15. | WE Energies | 5/1/2015 | $100.00 |
| 16. | Atinsky, Sicula & Teper | 1/30/2015 | $410.00 |
| 17. | Milwaukee Journal-Sentinel | 2/26/2015 | $159.57 |
| 18. | Milwaukee Journal-Sentinel | 4/2/2015 | $159.90 |
| 19. | Green Tree Servicing | 11/2/2014 | $660.18 |
| 20. | Shurone Nash | 2/3/2015 | $500.00 |
| 21. | Green Tree Servicing | 1/30/2015 | $660.18 |
| 22. | Green Tree Servicing | 1/30/2015 | $660.18 |
| 23. | Wisconsin Memorial Park | 2/27/2015 | $3,500.00 |
| 24. | AT&T | 3/3/2015 | $247.25 |
| 25. | WE Energies | 3/5/2015 | $600.00 |
| 26. | Perry Stribbling Appliance | 3/25/2015 | $481.66 |
| 27. | U.S. Postal Service | 3/24/2015 | $900.71 |
| 28. | Central Electric Power Association | 3/24/2015 | $218.03 |
| 29. | Milwaukee Landscape and Design | 9/21/2014 | $200.00 |
| 30. | Milwaukee Landscape and Design | 3/2/2015 | $200.00 |
| 31. | Green Tree Servicing | 3/24/2015 | $660.18 |
| 32. | Central Electric Power Association | 2/4/2015 | $300.00 |
| 33. | U.S. Postal Service | 2/4/2015 | $304.55 |
| 34. | Central Electric Power Association | 12/26/2014 | $293.98 |
| 35. | A.S.K. Tree Service | 9/11/2014 | $125.00 |
| 36. | AT&T | 1/22/2015 | $241.49 |
| 37. | CompToday | 11/3/2014 | $204.12 |

| State of Alabama Unified Judicial System Dept. of Court Mgmt. Form C-18J Sp. 3/87 | ORDER ~~ORDER~~ #A | CASE NUMBER CV 13 847 CS 08 706 |

IN THE **FAMILY** COURT OF **JEFFERSON** COUNTY

Plaintiff **Shirley Ja Lambert** vs. Defendant **Timmy L. Holifield**

In The Matter Of: _____
(Juvenile Case)
CHARGE _____ DATE OF HEARING _____

**NOTICE**

N/A — ANY PARTY TO PROCEEDINGS HEARD BY A REFEREE NOT SATISFIED WITH THE FINAL DISPOSITION AS NOTED BELOW HAS THE RIGHT TO A REHEARING BEFORE THE JUDGE OF THIS COURT IF A WRITTEN REQUEST IS FILED WITH THE CLERK OF THIS COURT WITHIN FOURTEEN (14) DAYS OF THIS NOTICE.

N/A — ANY PARTY TO PROCEEDINGS HEARD BY A JUDGE MAY APPEAL THIS ORDER TO THE APPROPRIATE APPELLATE COURT BY FILING WRITTEN NOTICE OF APPEAL WITHIN FOURTEEN (14) DAYS WITH THE CLERK OF THIS COURT AND CLERK OF THE APPROPRIATE APPELLATE COURT.

The parties Shirley Lambert and Larry L. Hollings and Victor R. Spencer, LLC agree to settle said matter and request the Family Court clerk to issue the check associated with the instant case in the amount of $80,884.82 as follows:

$49,884.82 Shirley J. Lambert 5653 West Joleno Ln, Brown Deer, WI 53223
$26,000.00 Victor R Spencer, LLC 3026 Ensley 5 points W, Bham AL 35208
$5,000.00 The Wess Lawfirm, P.C. 603 20th St So. Bham, AL 35210
$80,884.82 Total

Shirley J. Lambert
Shirley J. Lambert

Everett W. Wess  9-4-2014

Victor R Spencer

Larry Hollings

Certified As A True Copy

Date 9-4-2014

Signature of Clerk/Register

Signature of Judge/Referee  9/4/13

COURT RECORD (White), DEFENDANT (Canary), PLAINTIFF (Pink), DEFENDANT (Goldenrod)   FAMILY COURT — 41

ELECTRONICALLY FILED
10/8/2014 1:25 PM
01-CS-2008-000806.01
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
BRENDA ABBOTT, CLERK

IN THE FAMILY COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

SHIRLEY LAMBERT, )
       Plaintiff, )
)
v. )
) CASE NO: CS-2008-806.01
JIMMY HOLLIFIELD, ) CV 2013 848.00
)
       Defendant. )

### PLAINTIFF'S OBJECTION TO EMERGENCY HEARING AND RULING CONCERNING FUNDS RELEASED

COMES NOW, the Plaintiff, Shirley Lambert, and files her objection to the emergency hearing held on or about September 23, 2014 and any ruling concerning funds already release by the Circuit Court in case number CV 2013 848 and the instant case and says:

1. On or about September 4, 2014 the Honorable Judge Chambliss ordered the clerk to release a total of $80,884.82. The Court clerk released said funds on September 5, 2014.

2. On or about September 23, 2014 the Honorable Carnella Green-Norman ordered the funds shall not be divided. Said hearing was held on Defendant's Motion for an Emergency Hearing.

3. The Plaintiff incorporates all arguments in her Response to Defendant's Emergency Motion to Stay.

4. In the event an order is issued by the Honorable Carnella Green-Norman there will be conflicting orders in Circuit Court and District Court.

WHEREFORE, PREMISES, CONSIDERED, the Plaintiff asks this Honorable Court to enter an order to do the following for the above stated reasons:

A. Deny Appellant's Emergency Motion to Stay and rescind any conflicting order.

B. The funds are released; hence, this Honorable Court should Order the Defendant's Emergency Motion moot.



OR REJECT THE OFFER WITHIN 2 WORKING HOURS OR THE OFFER IS AUTOMATICALLY VOIDED AND YOU MAY RESCIND THE OFFER UNLESS AND UNTIL ACCEPTED BY THE DEALER. UNTIL ACCEPTANCE OR REJECTION OF THE OFFER THE DEALER SHALL BE PROHIBITED FROM SELLING THE VEHICLE TO ANY OTHER PARTY.

| DEALER NAME | | | | VEH. STOCK NO. OR ORDER NO. | MILEAGE AT SIGNING | ORDER DATE |
|---|---|---|---|---|---|---|
| Griffin Gates, Inc. | | | 689764 | 314044 | 31 | 09/15/2014 |
| ADDRESS | DBA Griffin's Hub Chrysler Jeep Dodge | | | SALESPERSON'S NAME PLEASE PRINT | BROADY, GARY L | |
| CITY, STATE, ZIP | 5700 S 27th Street - Milwaukee, WI 53221 | | 19733 | SALESPERSON'S LICENSE NUMBER | 86302057 | |
| TELEPHONE NO. | (414) 325-3333 - Fax (414) 925-0550 | | | | | |

| PROSPECTIVE PURCHASER ("YOU") NAME(S) | JOHN ROBINSON  SHIRLEY J LAMBERT GATES | | | |
|---|---|---|---|---|
| PROSPECTIVE PURCHASER STREET ADDRESS | 5653 W JOLENO LN | CITY BROWN DEER | STATE WI | ZIP 53223 |

| RESIDENCE PHONE | CELL PHONE | BUSINESS PHONE | RESIDENCE COUNTY | RESIDENCE TOWNSHIP/CITY/VILLAGE | E-MAIL ADDRESS |
|---|---|---|---|---|---|
| (414)354-6659 | | | MILWAUKEE | | |

LICENSE NO

PLEASE ENTER MY ORDER FOR THE FOLLOWING DESCRIBED VEHICLE: ☒ NEW ☐ USED  TITLE AS ☐ CAR ☒ TRUCK ☐ MOTORCYCLE ☐ OTHER

| | MODEL YEAR | MAKE - TRADE NAME | MODEL | BODY TYPE | IDENTIFICATION NO |
|---|---|---|---|---|---|
| PURCHASED VEHICLE | 2014 | CHRYSLER | TOWN & CO | Wagon | 2C4RC1BG2ER236564 |
| OWNED OR LEASED TRADE-IN | | | | | |

| ORDERED COLOR | ORDERED TRIM | ORDERED ENGINE |
|---|---|---|
| PSC/SSI | | 3.6 Liter |

Dealer is not a party to any manufacturer warranties. Warranty terms may be negotiable. Terms agreed to on the purchase contract are final.

**WARRANTY & SERVICE CONTRACT INFORMATION**
Refer to separate document for coverages and exclusions. Dealer disclaims implied warranties of merchantability and fitness for a particular purpose.
AS IS - NO WARRANTY... Warranty, this vehicle is sold AS IS and the dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.
IMPORTANT: Ask for all promises in writing. Spoken promises are difficult to enforce. Warranty terms may be negotiable. Terms agreed to non the purchase contract are final.

**Manufacturer Warranty Information**
(Dealer is not a party to any manufacturer warranty)
☐ Original Manufacturer Warranty (either new or remaining)
Expiration: _____ (date) _____ (miles), whichever comes first.
☒ Deductible: _____ Transfer fee _____
☐ Original Manufacturer Warranty EXPIRED or NOT KNOWN
☐ Original Manufacturer Warranty CANCELLED due to history
☐ LIMITED EXTENDED WARRANTY/SERVICE CONTRACT
provided by: ☐ Manufacturer ☐ Warranty company ☐ Dealership
Duration: _____ (months) _____ (miles), whichever comes first.
Deductible _____ Transfer fee _____
Percentage of repair costs to be paid by you: _____
Warranty term begins on: _____

**OTHER CONDITIONS OF SALE**

| USED: | PRICE from the Wisconsin Buyers Guide | $ |
|---|---|---|
| NEW: | ☒ MSRP detail provided on window label | See Total MSRP Below |
| | ☐ MSRP detail provided on attachment | |

BASE MSRP ...
Dealer Markup ...
Dealer installed options — Has a warranty if ☒ at left.

Total Dealer Installed Options (Add to Used Price or MSRP and enter in line 3)

| PRICE OF THE VEHICLE | |
|---|---|
| a. Dealer Retail Price | 32855.00 |
| b. Services Fee | |
| c. Discount | 2412.79 |
| 1. Cash Price (a + b - c) | 1. |

| TRADE ALLOWANCE | |
|---|---|
| 2. Owned Trade-in Allowance or Net Lease Equity | 9621.2? |
| d. Trade Difference (1-2) | |

**TAXABLE ITEMS PURCHASED WITH THE VEHICLE**
e. Other ...
f. Service Contract ... 3475.00

| SALES TAX CALCULATION | |
|---|---|
| g. Amount Subject to Sales Tax | 1701.56 |
| h. State Tax (g × .05) | 170.16 |
| County Tax g × .005 | 35.03 |

**ANTICIPATED DELIVERY DATE** _____ 20__

Regardless of reason, if the vehicle ordered by the purchaser is not available for delivery within 15 calendar days after the anticipated delivery date the purchaser may, within one business day, receive a full refund of any down payment, and return of trade-in vehicle, or title for trade-in vehicle, or both. If the trade-in is not available, the purchaser shall receive the trade-in allowance unless delivery is not qualified on the purchase contract by the purchaser. If the ordered vehicle becomes available for delivery prior to the stated anticipated delivery date, the dealer licensee may require acceptance not less than 21 calendar days after having notified the purchaser of availability of delivery, in which case no penalty shall be assessed for nonacceptance of delivery prior to the stated anticipated delivery date.

A service fee is not required by law, but may be charged to motor vehicle purchasers or lessees for services related to compliance with state and federal laws, verifications and public safety, and must be reasonable.

☐ This is a Finance Transaction. (Check A. or B.)
Closing scheduled at dealer's office on specified delivery date or as mutually agreed. You are obligated to purchase, subject to availability of financing through

Total of Taxes (h + i) ... 4.

**NON-TAXABLE ITEMS PURCHASED WITH THE VEHICLE**
j. Other ...
5. Total of Non-Taxable Items (j + k) ... 5.

Due to
6. Estimated Payoff Amount on Owned Trade-in ... 6.

**CASH & DOWN PAYMENTS**
m. Cash Down Payment on Order
n. REBATES        BACK

o. Additional Cash Due (net amount) ...
7. Total Cash and Rebates (m + n + o) ... 7.
8. Total Delivery or Balance to Finance
(1 - 2 + 3 + 4 + 5 + 6 - 7) ... 8.

- [ ] Original Manufacturer Warranty (either new or remaining)
  Expiration: _____ (date) _____ (miles), whichever comes first.
- [x] Deductible: _____ Transfer fee: _____
- [ ] Original Manufacturer Warranty EXPIRED or NOT KNOWN
- [ ] Original Manufacturer Warranty CANCELLED due to history
- [ ] LIMITED EXTENDED WARRANTY/SERVICE CONTRACT
  provided by: [ ] Manufacturer [ ] Warranty company [ ] Dealership
  Duration: _____ (months) _____ (miles), whichever comes first.
  Deductible: _____ Transfer fee: _____
  Percentage of repair costs to be paid by you: _____
  Warranty term begins on: _____

OTHER CONDITIONS OF SALE

ANTICIPATED DELIVERY DATE: 9-15 20 14

available for delivery within 15 calendar days after the anticipated delivery date, the purchaser may cancel this order and shall, within one business day, receive a full refund of any down payment, and return of the trade-in. If the trade-in is not available, the purchaser shall receive the trade-in allowance. Unless delivery date is otherwise qualified on the purchase contract by the purchaser, if the ordered vehicle becomes available for delivery prior to the stated anticipated delivery date, the dealer licensee may require acceptance not less than 21 calendar days after having notified the purchaser of availability of delivery, in which case no penalty shall be assessed for nonacceptance of delivery prior to the stated anticipated delivery date.

A service fee is not required by law, but may be charged to motor vehicle purchasers or lessees for services related to compliance with state and federal laws, verifications and public safety, and must be reasonable.

- [ ] This is a Finance Transaction (Check A. or B.):
  Closing scheduled at dealer's office on specified delivery date or as mutually agreed. You are obligated to purchase, subject to availability of financing through dealer, on terms:
  A. [ ] In attached disclosure. These terms do not extend beyond the closing date if dealer is willing and able to deliver vehicle on these terms.
  B. [ ] Acceptable to You
- [ ] This transaction is subject to financing being arranged through creditor of Your choice. You must obtain acceptable financing and dealer must receive written notice by (date) _____ or this contract is void.
- [ ] This is a cash transaction. You are obligated to pay the balance due on delivery.

| Total Dealer Installed Options | |
|---|---|
| PRICE OF THE VEHICLE | |
| a. Dealer Retail Price | 32855.00 |
| b. Services Fee | 179.00 |
| c. Discount | 2412.79 |
| 1. Cash Price (a + b − c) ...1. | 30621.21 |
| TRADE ALLOWANCE | |
| 2. Owned Trade-in Allowance or Net Lease Equity ...2. | |
| d. Trade Difference (1-2) | |
| TAXABLE ITEMS PURCHASED WITH THE VEHICLE | |
| e. Other | |
| f. Service Contract | 3410.00 |
| 3. Total of Taxable Items (e + f) ...3. | 3410.00 |
| SALES TAX CALCULATION | |
| g. Amount Subject to Sales Tax (1 − 2 + 3) ... | 34031.21 |
| h. State Tax (g × .05) | 1701.56 |
| i. County Tax (g × .005) | 170.16 |
| j. Local/Stadium Tax (g × .001) | 34.03 |
| 4. Total of Taxes (h + i + j) | |
| NON-TAXABLE ITEMS PURCHASED WITH THE VEHICLE | 154.00 |
| k. Fees to appear on MV11 | |
| l. Other | |
| 5. Total of Non-Taxable Items (k + l) ...5. | 154.00 |
| OWNED VEHICLE PAYOFF | |
| Due to | |
| 6. Estimated Payoff Amount on Owned Trade-in ...6. | |
| CASH & CASH EQUIVALENTS | |
| m. Cash Down Payment on Order | N/A |
| n. REBATES CASH BACK / ASSIGNED | |
| o. Additional Cash Due (Date/Amount) | |
| 7. Total Cash and Rebates (m + n (if assigned) + o) ...7. | |
| 8. Due on Delivery or Balance to Finance (1 − 2 + 3 + 4 + 5 + 6 − 7) ...8. | 35800. |

- [ ] THE ORDERED VEHICLE MUST BE LOCATED
  If the motor vehicle dealer and purchaser enter into a purchase contract for a new motor vehicle not available at the dealer's lot, the dealer and purchaser agree that the vehicle mileage upon delivery will not exceed _____ miles. Before vehicle delivery, purchaser has the right to cancel the purchase contract if the mileage of the vehicle exceeds that amount. The option to cancel ends at acceptance of delivery.
- [ ] ORDER OUT, VEHICLE NOT PRICE PROTECTED (See Back of Contract for Details)

THE APPRAISAL OF THE TRADE-IN IS BASED ON AN ODOMETER READING OF UP TO _____ MILES/KILOMETERS, AND THE TRADE-IN MAY BE REAPPRAISED IF IT EXCEEDS THIS LIMIT.

BUYER'S REPRESENTATIONS: This transaction is voidable at the option of the dealer at any time prior to delivery of the purchased vehicle if any of the following representations are untrue. The option to void this transaction in no way limits or restricts the election of other remedies available to the dealer prior to or after the closing of this transaction and these representations survive the closing of this transaction as to other remedies. You must read and answer these questions. I represent and warrant:

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 1. That I am 18 years of age or older. | | | 8. That the engine and transmission of the trade-in have not been changed from manufacturer's original equipment specifications. | | |
| 2. That I have full power, right and lawful authority to dispose of the trade-in. | | | 9. That while I have owned or leased the trade-in its odometer has not been replaced, tampered with or otherwise altered in any way and I believe that the trade-in vehicle's current odometer reading of _____ miles/kilometers does reflect as actual mileage. | | |
| 3. That, notwithstanding the payoff amount that dealer agrees to make as indicated in the components of price of the Purchase contract or in Other Conditions of Sale, I will ensure that any and all liens or encumbrances on the trade-in are satisfied and released before or immediately upon delivery of the trade-in to the dealer. | | | 10. That while I have owned or leased the trade-in its restraining devices (including airbags and belts) have not been replaced, tampered with, or otherwise altered in any way. | | |
| 4. That the only holder(s) of a security interest or lien in the trade-in (Lienholders) is (are) shown below. | | | 11. That the trade-in has not previously been a salvage vehicle, manufacturer buyback, or subject to any other title brands. | | |
| 5. That the trade-in is not subject to a child support lien. | | | 12. That the trade-in has not previously been flood or water damaged. | | |
| 6. That the trade-in does not have a cracked or defective head, block, powertrain, or frame (including supportive portion of unibody). | | | 13. That the trade-in does not have any corrective welds or other evidence of repair to the strut tower, floor pan, frame or other structural portion of the unibody. | | |
| 7. That all parts of the trade-in emission control system are as originally installed by the manufacturer or have comparable and tested replacement equipment. | | | | | |

Lienholder(s): _____
Explain All "NO" Answers: NO TRADE

No oral representations are binding unless written on this form. The document including the items printed on the reverse side is the entire agreement between You and Dealer, and supersedes any prior agreements and representations, regarding the transactions described above. No modification or waiver of this agreement is enforceable against either party unless agreed to in writing by that party. You will receive a copy of this order.

As a deterrent to purchaser failing to take delivery on the vehicle as herein provided, you agree that if you do not accept delivery, you shall, at dealer's option, forfeit to dealer, as a penalty, _____ % (not to exceed 5%) of the cash price of the vehicle as authorized by Section 218.0141 Wisconsin Statutes. Dealer retains the right to bring action for actual damages caused by breach of this contract, in lieu of the above penalty.